UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :     No.3:22-CR-
     v.                      :
                             :
MATTHEW ROBINSON,            :
              Defendant      :

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
18 U.S.C. § 2422(b)
(Attempted Enticement of a Minor)

From on or about July 16, 2022, through on or about August 2, 2022, in Monroe County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

MATTHEW ROBINSON,

did use a facility and means of interstate and foreign commerce to attempt to knowingly persuade, induce, entice, and coerce an individual who the defendant believed had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense under Pennsylvania law, namely, involuntary deviate

1

sexual intercourse, which was a criminal offense under 18 Pa. C.S. §3123(a)(7), and statutory sexual assault, which was a criminal offense under 18 Pa. C.S. § 3122.1(b).

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

Upon conviction of the offense in violation of Title 18, United States Code, Section 2422(b), the defendant,

MATTHEW ROBINSON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense, including but not limited to:

    a. An iPhone 12, model D53gAP, serial number DX3HHKZH0DXT.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third

party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2428.

GERARD M. KARAM
United States Attorney

Date: 9/23/22          By: _____
                            PHILLIP J. CARABALLO
                            Assistant United States Attorney

4